UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

JEFFREY PARKER, *et al.*, individually and on
behalf of all others similarly situated,
    Plaintiffs,

vs.
                                  **Case Number: 15-23840-CIV-MARTINEZ-GOODMAN**

AHMSI INSURANCE AGENCY INC. d/b/a
BELT LINE INSURANCE AGENCY, *et al.*,
    Defendants.
_____/

APRIL THELWELL, individually and on behalf
of all others similarly situated,
    Plaintiff,

vs.
                                  **Case Number: 16-20942-CIV-MARTINEZ-GOODMAN**

BELTLINE ROAD INSURANCE AGENCY
INC. f/k/a AHMSI INSURANCE AGENCY,
INC., *et al.*,
    Defendants.
_____/

## ORDER CONSOLIDATING CASES

THIS CAUSE came before the Court upon Plaintiffs' Motion for Transfer, Consolidation

and Appointment of Plaintiffs' Interim Lead Counsel and Interim Liaison Counsel (the

"Motion") [ECF No. 87 in Case No. 15-cv-23840]. Case No. 16-cv-20942 was transferred to the

undersigned by separate order [ECF No. 6 in Case No. 16-cv-20942]. After careful

consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1.    The Motion [ECF No. 87 in Case No. 15-cv-23840] is **GRANTED**. Case Nos.

15-cv-23840 and 16-cv-20942 are **CONSOLIDATED** for all purposes (the "Consolidated

Action").

2.      All pleadings and other filings in connection with the Consolidated Action shall be filed in Case No. 15-cv-23840.

3.      Case No. 16-cv-20942 is **ADMINISTRATIVELY CLOSED**.

4.      This Order shall apply to the Consolidated Action and to any cases or claims that relate to the same subject matter that are subsequently filed in this District or are transferred to this Court and are consolidated with the Consolidated Action.

5.      The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

6.      The Amended Complaint filed in *Parker v. AHMSI Insurance Agency, Inc.*, Case No. 15-cv-23840, is hereby deemed to be the operative complaint in the Consolidated Action. Defendants need not respond to the complaint filed in *Thelwell v. Beltline Road Insurance Agency, Inc.*, Case No. 16-cv-20942.

7.      Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, the law firm of Kirby McInerney LLP is hereby appointed as interim lead counsel ("Interim Lead Counsel") for the putative class in the Consolidated Action, and the law firm of Gelber Schachter & Greenberg, P.A. is appointed as interim liaison counsel.

8.      The Interim Lead Counsel shall assume and exercise the following powers and responsibilities:

        a.      To coordinate the briefing and argument of motions;

        b.      To coordinate the conduct of written discovery proceedings;

        c.      To coordinate the examination of witnesses in depositions;

d.      To coordinate the selection of counsel to act as spokesperson at pre-trial conferences;

e.      To call meetings of the Plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.      To conduct all settlement negotiations with counsel for the Defendants;

g.      To coordinate and direct the preparation for trial, and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

h.      To receive orders, notices, correspondence and telephones calls from the Court on behalf of all Plaintiffs, and to transmit copies of such telephone calls to Plaintiffs' counsel;

i.      To supervise any other matters concerning the prosecution or resolution of the Consolidated action; and

j.      To allocate any attorneys' fees awarded by the Court to Plaintiffs' counsel as Interim Lead Counsel deems fit at the conclusion of the case.

9.      With respect to scheduling and/or procedural matters, Defendant's counsel may rely upon all agreements with Interim Lead Counsel.

10.     The Clerk of the Court is **DIRECTED** to file a copy of this Order in each of the above-captioned cases.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of May, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record